## Ely GLAZER, Appellant, v. UNITED STATES of America.

### No. 14767.

United States Court of Appeals
Eighth Circuit.

June 16, 1953.

Morris A. Shenker and Martin Rosenberg, St. Louis, Mo., for appellant.

William W. Crowdus, U. S. Atty., St. Louis, Mo., for appellee.

PER CURIAM.

Appeal from District Court dismissed, 110 F.Supp. 558, on joint motion of counsel for respective parties.

## Grover Labaron HYATT, Plaintiff-Appellee, v. HYSTER COMPANY, Defendant-Appellant.

### No. 22626.

United States Court of Appeals
Second Circuit.

April 13, 1953.

Before L. HAND, AUGUSTUS N. HAND, and CLARK, Circuit Judges.

Rose Lehman Stein, New York City, for plaintiff-appellee.

Bigham, Englar, Jones & Houston, New York City, Root, Ballantine, Harlan, Bushby & Palmer, New York City, for defendant-appellant.

PER CURIAM.

A joint motion having been made herein by counsel for the parties on stipulation to reverse the judgment entered in the United States District Court for the Southern District of New York on June 20, 1952, 106 F.Supp. 676, and for other and further relief,

Upon consideration thereof, it is

Ordered that said judgment of the United States District Court be and it hereby is reversed and cause remanded for further proceedings in accordance with the stipulation of the parties.

Further ordered that a mandate issue accordingly.

## NATIONAL LABOR RELATIONS BOARD, Petitioner, v. AMERICAN BOTTLING CO., Respondent.

### No. 14425.

United States Court of Appeals
Fifth Circuit.

June 30, 1953.

Rehearing Denied Aug. 13, 1953.

Thomas McDermott, Attorney, N.L.R.B., A. Norman Somers, Asst. General Counsel, and David P. Findling, Associate General Counsel, Washington, D. C., for petitioner.

Robert Lee Bobbitt, Jr., Park Street and Joseph G. Street, San Antonio, Tex., for respondent.

Before HOLMES, BORAH, and RIVES, Circuit Judges.

PER CURIAM.

The petition to enforce the order of the Board should be, and the same hereby is, granted.

Petition granted.